1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  DEREK OWENS (CABN 230237)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6488
7      Fax:  (415) 436-7234
       Email: Derek.Owens@usdoj.gov
8
   Attorneys for the United States of America
9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,       )     No. CR 10-0255 MMC
13                                 )
        v.                         )
14                                 )     STIPULATION AND [PROPOSED]
   TIEN VO,                        )     ORDER CONTINUING HEARING FROM
15                                 )     JULY 21, 2010 TO AUGUST 11, 2010 AT
          Defendant.               )     2:30 PM
16 _____)

17

18     On June 23, 2010, the defendant, Tien Vo, appeared before the Court for a status hearing.

19 The matter is currently set before the Court for a hearing on July 21, 2010 at 2:30 p.m., however

20 because the defense counsel is not able to be present for the July 21 hearing, the parties request

21 the matter be continued to August 11, 2010 at 2:30 p.m.  The defendant represents, and the

22 government agrees, that this time is necessary for the continuity of counsel and effective

23 preparation and is properly excluded from the speedy trial calculations.  See 18 U.S.C. §

24 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such a

25 //

26 //

27 //

28 //

STIP. AND ORDER
CR 10-0255 MMC

continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

```
                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

DATED:  7/19/2012                       Derek Owens
        _____                _____
                                        DEREK OWENS
                                        Assistant United States Attorney


DATED:  7/19/2010                       Shana Keating
        _____                _____
                                        SHANA KEATING
                                        Attorney for the defendant
```

The hearing previously scheduled for July 21, 2010 is hereby continued to August 11, 2010 at 2:30 p.m. before the Honorable Maxine M. Chesney.  The Court also finds that an exclusion of time between July 21, 2010 through August 11, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(7)(A).  The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for the continuity of counsel and effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

```
DATED:  July 20, 2010                    /s/ Charles R. Breyer for
                                        _____
                                        THE HON. MAXINE M. CHESNEY
                                        United States District Court Judge
```

STIP. AND ORDER
CR 10-0255 MMC                          2