MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON(DCBN 412811)
Chief, Criminal Division

DEREK OWENS (CABN 230237)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone:  (415) 436-7200
Fax: (415) 436-7234
E-Mail: derek.owens@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 10-0255 MMC |
| | ) | |
| v. | ) | [PROPOSED] ORDER AUTHORIZING PRIVATE TESTING OF DRUG EXHIBITS |
| | ) | |
| TIEN VO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

At the request of the defendant, Tien Vo, and with the consent of the Government, the
Court enters this order authorizing the private testing of certain alleged controlled substances by
the defendant.

IT IS HEREBY ORDERED that:

1.    The Government shall produce the following exhibits for qualitative analysis and
identification of any controlled substance contained therein by a defense expert:

| Exhibit Number | DEA Laboratory Number |
|---|---|
| 1B1 (discovery bates number 0016) | 7156488 |

1B2 (discovery bates number 0016)                    7156489

1B4 (discovery bates number 0018)                    7156491

as reported in *U.S. Department of Justice, Drug Enforcement Administration, Laboratory Report*, having the Case File No. 245E-SF-141614, and dated March 26, 2010.

2.       In accordance with Federal Rule of Criminal Procedure 16(a)(1)(E), the Government shall allow the defense to independently inspect and analyze a representative sample from each of the above-listed drug exhibits.

3.       A Federal Bureau of Investigation ("FBI") Special Agent or Task Force Officer shall deliver the drug exhibits identified above to defense expert Alejandro Corona, of Forensic Analytical Sciences, Inc., DEA License No. RF0193778, located at 3777 Depot Road, Suite 403, Hayward, CA 94545, with telephone number 510-266-8147.  The DEA Western Laboratory shall arrange the delivery of said representative samples on or before October 22, 2010, to the FBI Special Agent or Task Force Officer for delivery to Alejandro Corona, of Forensic Analytical Sciences, Inc., on October 22, 2010.

4.       An FBI Special Agent or Task Force Officer shall deliver the drug exhibits identified above to the defense experts and shall be present when the defense experts inspect, weigh, and remove a representative sample of the exhibits identified above for analysis.  The representative sample shall be in the amount of no more than 20 tablets from each of the above-described exhibits.  The weight of each representative sample taken shall be documented and signed by the defense expert and provided to the FBI Special Agent or Task Force Officer in attendance.  Upon the completion of the sample removal and weighing, the defense experts shall, forthwith, return the remaining above-listed exhibits to the FBI Agent or Task Force Officer in attendance.

5.       The defense experts shall conduct the qualitative analyses and identification ordered herein, and shall provide the Government with an *Unsworn Declaration Under Penalty of Perjury*, pursuant to 28 U.S.C. § 1746, executed by the individual who conducted the analyses, or the head of the facility where the analyses occurred, which states the quantity of each exhibit consumed during testing, and either the weight of each exhibit returned to the

Government, or a statement that all samples were consumed during testing.

    6.    Any and all remaining material of the samples after testing is to be returned by Alejandro Corona, of Forensic Analytical Sciences, Inc., to the DEA Western Laboratory within five (5) business days after the completion of analyses.


    IT IS SO ORDERED.


DATED: October  _22_, 2010                                    _____
                                                             HON. MAXINE M. CHESNEY
                                                             United States District Judge