UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 10-255 MMC |
| Plaintiff, | [PROPOSED] ORDER RE: STIPULATION TO CONTINUE STATUS CONFERENCE |
| vs. | |
| TIEN VO, | |
| Defendant. | |

Based on the stipulation of the parties and GOOD CAUSE APPEARING therefore, it is hereby ordered that the status appearance currently set for December 15, 2010 at 2:30 p.m. be continued to January 19, 2010 at 2:30 p.m. ~~or another date convenient to the Court and counsel.~~ Additionally, time is excluded from the running of the Speedy Trial clock pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(B)(iv) for continuity and effective preparation of counsel.

Dated: December 13, 2010

HON. MAXINE CHESNEY
United States District Court Judge

SHANA KEATING
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
415/567-9422
fax 776-8047
SBN 160900

Attorney for Defendant
TIEN VO

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-10- 255 MMC |
| Plaintiff, | STIPULATION |
| vs. | |
| TIEN VO, | |
| Defendant. / | |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel that the matter currently scheduled for December 15, 2010 at 2:30 p.m. be re-scheduled for January 19, 2010 at 2:30 p.m. or another date convenient to the Court and counsel. This continuance is based on the fact that advisory counsel for Mr. Vo is unavailable at the currently scheduled time.

DATED:   12/9/10                              Respectfully submitted,

                                              /S/
                                              SHANA KEATING
                                              Attorney for Defendant
                                              TIEN VO

DATED:   12/10/10                             /S/
                                              DEREK OWENS
                                              Assistant United States Attorney