Jeffrey L. Bornstein (SBN 99358)
jeff.bornstein@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111
Telephone:  415.882.8200
Facsimile:  415.882.8220

Shana Keating
shana.keating@hotmail.com
Law Offices of Shana Keating
1934 Divisadero Street
San Francisco, CA 94115
Telephone:  (415) 567-9422
Facsimile:  (415) 776-8047

Attorneys for Defendant TIEN VAN VO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TIEN VAN VO,<br><br>　　　　　　Defendant. | Case No. 10-00255-1 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING**<br><br>Date: April 27, 2011<br>Time: 2:30 p.m.<br>Judge: Hon. Maxine M. Chesney |

It is hereby stipulated that subject to the Court's confirming Order that the Sentencing Hearing currently scheduled for April 27, 2011 at 2:30 p.m., shall be continued to May 18, 2011 at 2:30 p.m.  Advisory counsel for the defense requests the additional time because he will be out-of-state on an unrelated client emergency.

////

////

////

////

////

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING; CASE NO. 10-00255-1 MMC

**IT IS SO STIPULATED.**

                                    LAW OFFICES OF SHANA KEATING

Dated: April 20, 2011        By:    */s/ Shana Keating*
                                    Shana Keating
                                    Attorneys for Defendant TIEN VAN VO

                                  K&L GATES LLP

Dated: April 20, 2011        By:    */s/ Jeffrey L. Bornstein*
                                    Jeffrey L. Bornstein
                                    Attorneys for Defendant TIEN VAN VO

                                  UNITED STATES ATTORNEY'S OFFICE

Dated: April 20, 2011        By:    */s/ Derek Owens*
                                    Derek Owens
                                    Attorneys for Plaintiff UNITED STATES OF
                                    AMERICA

**ECF ATTESTATION**

I, Jeffrey L. Bornstein, attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** has been obtained from signatories Shana Keating and Derek Owens, in compliance with General Order 45, X.B.

                                    K&L GATES LLP

Dated: April 20, 2011        By:    */s/ Jeffrey L. Bornstein*
                                    Jeffrey L. Bornstein

1

## [PROPOSED] ORDER

2

3      FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Sentencing Hearing

4  currently scheduled for April 27, 2011 shall be continued to May 18, 2011 at 2:30 p.m.

5      **IT IS SO ORDERED.**

6

7

8  Dated:  April 21, 2011            By:  /s/ Maxine M. Chesney
                                          Honorable Maxine M. Chesney
9                                         Senior United States District Court Judge

10

11

12

13

14

15  SF-237748 v1 0904541-00001

16

17

18

19

20

21

22

23

24

25

26

27

28

3
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING; CASE
NO. 10-00255-1 MMC