Jeffrey L. Bornstein (SBN 99358)
jeff.bornstein@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Shana Keating
shana_keating@hotmail.com
Law Offices of Shana Keating
1934 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 567-9422
Facsimile: (415) 776-8047

Attorneys for Defendant TIEN VAN VO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIEN VAN VO,<br><br>Defendant. | Case No. 10-00255-1 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING TO MAY 25, 2011 AT 2:00 P.M**.<br>Date: May 18, 2011<br>Time: 2:30 p.m.<br>Judge: Hon. Maxine M. Chesney |

It is hereby stipulated that subject to the Court's confirming Order that the Sentencing Hearing currently scheduled for May 18, 2011 at 2:30 p.m., shall be continued to May 25, 2011 at 2:30 p.m. Advisory counsel for the Defendant was just informed that he needs to travel out of state in order to assist another client with a wide-ranging grand jury subpoena with a short response time. Advisory counsel has spoken with Ms. Keating and Mr. Owens who have both agreed to this continuance.

////

////

////

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING; CASE NO. 10-00255-1 MMC

**IT IS SO STIPULATED.**

                                         LAW OFFICES OF SHANA KEATING

Dated: May 13, 2011              By:    */s/ Shana Keating*
                                         Shana Keating
                                         Attorneys for Defendant TIEN VAN VO

                                         K&L GATES LLP

Dated: May 13, 2011              By:    */s/ Jeffrey L. Bornstein*
                                         Jeffrey L. Bornstein
                                         Attorneys for Defendant TIEN VAN VO

                                         UNITED STATES ATTORNEY'S OFFICE

Dated: May 13, 2011              By:    */s/ Derek Owens*
                                         Derek Owens
                                         Attorneys for Plaintiff UNITED STATES OF
                                         AMERICA

**ECF ATTESTATION**

I, Jeffrey L. Bornstein, attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** has been obtained from signatories Shana Keating and Derek Owens, in compliance with General Order 45, X.B.

                                         K&L GATES LLP

Dated: May 13, 2011              By:    */s/ Jeffrey L. Bornstein*
                                         Jeffrey L. Bornstein

1 **[PROPOSED] ORDER**

3    FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Sentencing Hearing
4 currently scheduled for May 18, 2011 shall be continued to May 25, 2011 at ~~2:30 p.m.~~ **2:00 p.m.**

5 **IT IS SO ORDERED.**

8 Dated:  May 13, 2011                    By:  /s/ Maxine M. Chesney
                                               Honorable Maxine M. Chesney
                                               Senior United States District Court Judge

SF-237748 v2 0904541-00001